IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERENA FREEMAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>Y'S FRIES, INC. d/b/a MCDONALD'S RESTAURANTS, a corporation,<br><br>            Defendant. | No. 2:13-CV-01641-JAM-KJN<br><br>**ORDER GRANTING CONTINUANCE OF HEARING ON PENDING MOTION AND FOR MODIFICATION TRIAL SCHEDULE** |

BEFORE this Court is parties' stipulation to continue hearing on Defendants' pending Motion for Summary Judgment (Dkt. 31).  Having reviewed said stipulation and all relevant material, the Court deems there is good cause to continue the motion for summary judgment hearing and to modify the trial schedule.

Accordingly, **IT IS HEREBY ORDERED:**

The hearing on the Motion for Summary Judgment filed by defendant Y's Fries, currently scheduled for hearing on March 25, 2015 is continued to April 22, 2015. Plaintiff shall file and

[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING ON PENDING MOTION AND MODIFICATION OF TRIAL SCHEDULE- 1
Case No.  2:13-CV-01641-JAM-KJN

PREMIER LAW GROUP PLLC
1408 – 140th PL NE
Bellevue, Washington  98007
(206) 285-1743 / Fax: (206) 599-6316

serve her Opposition brief to defendant's pending motion (Dkt. 31) by April 1, 2015. The joint pretrial statement is continued to June 5, 2015, the pretrial conference is continued to June 12, 2015 at 10:00 a.m. and the jury trial is continued to August 24, 2015 at 9:00 a.m.

DATED this 6th day of March, 2015.

    /s/ John A. Mendez
    United States District Judge John A. Mendez

[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING ON PENDING MOTION AND MODIFICATION OF TRIAL SCHEDULE- 2
Case No. 2:13-CV-01641-JAM-KJN

PREMIER LAW GROUP PLLC
1408 – 140th PL NE
Bellevue, Washington 98007
(206) 285-1743 / Fax: (206) 599-6316