1 | DARRYL PARKER, Bar No. 95914
PREMIER LAW GROUP, PLLC
2 | 1408 140th Pl NE
Bellevue, WA 98007
3 | Tel: (206) 285-1743
Fax: (206) 599-6316
4 |
PAMELA Y. PRICE, Bar No. 107713
5 | PRICE AND ASSOCIATES
901 Clay Street
6 | Oakland, CA 94607
Tel: (510) 452-0292
7 | Fax: (510) 452-5625

8 | *Attorneys for Plaintiff*

9 |

10 | UNITED STATES DISTRICT COURT

11 | EASTERN DISTRICT OF CALIFORNIA

12 | SHERENA FREEMAN, an individual,    ) Case No. 2:13-CV-01641-JAM-KJN
    )
13 |                        Plaintiff,    )
    )    **STIPULATION AND ORDER OF**
14 |            vs.                        )    **DISMISSAL**
    )
15 | Y'S FRIES, INC. d/b/a MCDONALD'S    )
    RESTAURANTS, a corporation, and DOES 1-5, )
16 | inclusive,                          )
    )
17 |                        Defendants.    )

18 |                        I.        STIPULATION

19 |        Plaintiff Sherena Freeman and Defendants Y's Fries, Inc. d/b/a McDonald's Restaurants

20 | (hereinafter "Defendants"), by and through their attorneys of records, and agree and stipulate that

21 | all of the Plaintiff's claims in the above-entitled matter against Defendants shall be dismissed

22 | with prejudice and without costs or fees to any party.

23 |

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
2:13-CV-01641-JAM-KJN

**Premier Law Group, PLLC**
1408 140th Pl NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

1    DATED this 2nd day of April, 2015.          DATED this 2nd day of April, 2015.

2    PREMIER LAW GROUP, PLLC              GORDON & REES, LLP

3
     /s/Darryl Parker_____          /s/George Acero (with permission)__
4    Darryl Parker, Bar No. 95914           George Acero, Bar No. 223709
     Attorneys for Plaintiff                Attorney for Defendants
5
     DATED this 2nd day of April, 2015.
6
     PRICE AND ASSOCIATES
7

8    /s/Pamela Price (with permission)_
     Pamela Price, Bar No. 107713
9    Attorneys for Plaintiff

10
                              **ORDER**
11
            Based on the foregoing stipulation, it is hereby:
12
            ORDERED that all claims in this manner are dismissed without prejudice and without
13
     costs of fees to any party.
14

15
            DATED this 3rd day of April, 2015
16

17
                                          /s/ John A. Mendez_____
18                                        The Honorable John A. Mendez

19

20

21

22

23

**STIPULATION AND [PROPOSED]**                          **Premier Law Group, PLLC**
**ORDER OF DISMISSAL**                                       1408 140th Pl NE
2:13-CV-01641-JAM-KJN                                       Bellevue, WA 98007
                                                    (206) 285-1743 / Fax: (206) 599-6316