1  DARRYL PARKER, Bar No. 95914
   CIVIL RIGHTS JUSTICE CENTER, PLLC
2  2150 N. 107TH Street, Suite 520
   Seattle, WA  98133
3  Tel:  (206) 557 – 7719
   Fax: (206) 659 – 0183
4
   PAMELA Y. PRICE, Bar No. 107713
5  PRICE AND ASSOCIATES
   901 Clay Street
6  Oakland, CA  94607
   Tel: (510) 452 – 0292
7  Fax: (510) 452 – 5625

8  *Attorneys for Plaintiff*

9

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12 | SHERENA FREEMAN, an individual,      ) Case No.  2:13-CV-01641-JAM-KJN
                                          )
13 |                    Plaintiff,        )
                                          ) STIPULATION AND ORDER OF
14 |        vs.                           ) DISMISSAL
                                          )
15 | Y'S FRIES, INC. d/b/a MCDONALD'S     )
     RESTAURANTS, a corporation, and DOES )
16 | 1-5, inclusive,                      )
                                          )
17 |                    Defendants.       )
                                          )

18                         **I. STIPULATION**

19      Plaintiff Sherena Freeman and Defendants Y's Fries, Inc. d/b/a McDonald's Restaurants

20 (hereinafter "Defendants"), by and through their attorneys of records, agree and stipulate that all

21 of the Plaintiff's claims in the above-entitled matter against Defendants shall be dismissed with

22 prejudice and without costs and fees to any party.

23

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
(Case No. 2:13-CV-01641-JAM-KJN) - 1

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington  98133
(206) 557-7719 / Fax: (206) 659-0183

DATED this 8th day of June, 2015.

CIVIL RIGHTS JUSTICE CENTER, PLLC

/s/Darryl Parker_____
Darryl Parker, Bar No. 95914
Attorneys for Plaintiff

DATED this 8th day of June, 2015.

PRICE AND ASSOCIATES

/s/Pamela Price (with permission)_____
Pamela Price, Bar No. 107713
Attorneys for Plaintiff

DATED this 8th day of June, 2015.

GORDON & REES, LLP

/s/George Acero (with permission)
George Acero, Bar No. 223709
Attorney for Defendants

## ORDER

Based on the foregoing stipulation, it is hereby:

ORDERED that all claims in this manner are dismissed with prejudice and without costs or fees to any party.

DATED this 8th day of June, 2015.

/s/ John A. Mendez_____
The Honorable John A. Mendez
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
(Case No. 2:13-CV-01641-JAM-KJN) - 2

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington  98133
(206) 557-7719 / Fax: (206) 659-0183